UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
QUINTON ROBERTS                    )
                                   )
v.                                 )       NO. 3:07-0546
                                   )       JUDGE ECHOLS
STARCARE OF TENNESSEE, INC.,       )
ET AL.                             )
```

## ORDER

Pursuant to the Notice of Settlement filed by the parties (Docket Entry No. 21), it is hereby ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. Within this sixty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE